■ In the Matter of WARREN S. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; SUSAN S., Appellant, et al., Respondent. [751 NYS2d 924] —Appeal from an order of Family Court, Erie County (Townsend, J.), entered December 20, 2000, which, inter alia, extended placement of the child until September 16, 2001.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs as moot (*see Matter of Alex N.,* 255 AD2d 626, 627). Present—Wisner, J.P., Hurlbutt, Scudder, Gorski and Lawton, JJ.